SIMON MANOUCHERIAN (Bar No. 198760)          **E-filed 7/12/07**
SManoucherian@mmhllp.com
FREDERIC ESRAILIAN (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
HM LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA FEGAN-CONKLIN, | Case No. C 07-00835 JF PVT |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON |
| vs. | |
| HM LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | [F.R.C.P. 41] |
| Defendants. | Complaint Filed:  January 3, 2007 |

Plaintiff MONICA FEGAN-CONKLIN and Defendant HM LIFE INSURANC COMPANY, by and through their respective counsel of record, hereby agree and stipulate to dismiss this action in its entirety, with prejudice as to all parties defendant, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and each party shall bear its own attorneys' fees and costs in this matter.

////
////
////
////
////
////
////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86010.1

1

STIPULATION TO DISMISS ENTIRE
ACTION WITH PREJUDICE; ORDER

1   The parties seek the Court's approval of dismissal of this action with

2   prejudice. *July*

3   Dated: ~~June~~ *7*, 2007                    MESERVE, MUMPER & HUGHES LLP

4                                               SIMON MANOUCHERIAN
                                                FREDERIC ESRAILIAN

5                                               By:

6                                               Simon Manoucherian

7                                               Attorneys for Defendant
                                                HM LIFE INSURANCE COMPANY

8

9   Dated: June ___, 2007                       FLYNN, ROSE, & PERKINS
                                                CHARLES PERKINS

10

11                                              By:

12                                              Charles Perkins
                                                Attorneys for Plaintiff

13                                              MONICA FEGAN-CONKLIN

14                          **ORDER**

15      Based upon the stipulation of the parties and for good cause shown,

16      **IT IS HEREBY ORDERED** that this action, Case No. C 07-00835 JF PVT,

17   is dismissed in its entirety as to all defendants, with prejudice.

18      **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own

19   attorneys' fees and costs in this matter.

20

21

22   DATED: _7/12/07_

23                                              HON. JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86010.1                                2                          STIPULATION TO DISMISS ENTIRE
                                                                  ACTION WITH PREJUDICE; ORDER

1    The parties seek the Court's approval of dismissal of this action with

2 prejudice.

3 Dated: June ____, 2007        MESERVE, MUMPER & HUGHES LLP

                                    SIMON MANOUCHERIAN

4                                   FREDERIC ESRAILIAN

5

6                         By: _____

                                    Simon Manoucherian

7                                   Attorneys for Defendant

                                  HM LIFE INSURANCE COMPANY

8

9 Dated: ~~June~~ July 9 , 2007      FLYNN, ROSE, & PERKINS

                                    CHARLES PERKINS

10

11                         By: _____

12                                   Charles Perkins

                                  Attorneys for Plaintiff

13                                   MONICA FEGAN-CONKLIN

14                             **ORDER**

15    Based upon the stipulation of the parties and for good cause shown,

16    **IT IS HEREBY ORDERED** that this action, Case No. C 07-00835 JF PVT,

17 is dismissed in its entirety as to all defendants, with prejudice.

18    **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own

19 attorneys' fees and costs in this matter.

20

21

22 DATED: _____        _____

23                                   HON. JEREMY FOGEL

                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

LAW OFFICES
MESERVE,